

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00314-CV

| | | |
|---|---|---|
| FROST BANK, Appellant | § | On Appeal from County Court at Law No. 3 |
| V. | § | of Tarrant County (2018-003722-3) |
| | § | October 17, 2024 |
| RICHARD SIDNEY KELLEY, JR., AND TAMRA KELLEY, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We sustain issues one and three and reverse the trial court's judgment and remand the case to the trial court for issuance of an order of foreclosure and further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker